UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA

    v.                                                     No. 13-cr-20348

D-1  CHARLES MCRAE,                     HON. John Corbett O'Meara
D-2  CECIL KENT, JR.,
D-3  ALVIN WILLIAMS,

        Defendants.
_____/

## ORDER FOR CONTINUANCE
## OF
## TRIAL DATE AND FINDING OF EXCLUDABLE DELAY

Upon this Court's consideration of Defendant Alvin Williams' Motion to Adjourn Trial Date [Doc #67], the concurrence of Co-Defendant Counsel and in consideration of the Government's Response;

IT IS HEREBY ORDERED that the jury trial in this matter is adjourned from June 2, 2015, until July 28, 2015, at 9:00 a.m. before District Judge John Corbett O'Meara;

IT IS FURTHER ORDERED that the time period between June 2, 2015, and July 28, 2015, shall be deemed excludable delay under the provisions of the Speedy Trial Act, 18 U.S.C. § 3161.  Pursuant to 18 U.S.C. § 3161(h)(7)(A), and considering the factors listed in 18 U.S.C. § 3161(h)(7)(A), the Court concludes

that the ends of justice are served by this delay because it enables defendants adequate time to meet and confer with their attorneys, to review evidence, receive and review the Superseding Indictment, allows Alvin Williams adequate time to seek medical diagnostic testing and confer with his Attorneys, and prepare for trial. This Court finds that the ends of justice served by this delay outweigh the best interests of the defendants and the public in a speedy trial.

**SO ORDERED.**

Date: May 20, 2015

s/John Corbett O'Meara
United States District Judge